UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　Defendants | Case No. 3:21-cv-00272-MMD-CSD<br><br>ORDER |

    On June 28, 2022, the Court issued a screening order and granted Plaintiff until July 28, 2022, to file a second amended complaint or the case would be dismissed without prejudice. (ECF No. 12 at 7-8). Plaintiff has submitted a motion for a thirty-day extension of time to file his second amended complaint, citing the need to prepare for "scheduled legal conferences" in other pending cases. (ECF No. 13).

    The Court grants the motion for an extension of time. Plaintiff will file the second amended complaint on or before Monday, August 29, 2022. If Plaintiff chooses not to file a second amended complaint, this action will be subject to dismissal without prejudice. (ECF No. 12 at 7-8).

    For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 13) is granted. Plaintiff will file his second amended complaint on or before Monday, August 29, 2022.

    It is further ordered that, if Plaintiff fails to timely file his second amended complaint, this action may be dismissed without prejudice.

DATED:  July 5, 2022.

_____
UNITED STATES MAGISTRATE JUDGE